BENJAMIN BACHMAN, *Respondent, v.* SMITH
& THOMPSON, *Appellants.*

RECORD ON APPEAL FROM JUDGMENT.— On an appeal from a judgment, papers
and files of the Court below attached to the Judgment Roll will not be con-
sidered, unless they are incorporated in a statement, as provided for in Secs.
195 and 330 of the Practice Act.

RECORD, HOW MADE UP.—Merely attaching a mass of papers and files to the
Record, does not by any means make such papers part of the Record on
Appeal.

APPEAL from the First District Court.

The facts appear in the opinion.

*O. F. Strickland,* for Respondent.

*Ashbrook & Lovell,* for Appellants.

LOWE, C. J., delivered the opinion of the Court.

A number of questions involving supposed irregular-
ities and errors in this case are urged upon the attention
of the Court by Counsel for Appellants; but we find our-
selves unable to consider them, as they are not presented
by the Record.    A mass of papers constituting the files
of the case in the Court below, have been attached to
and sent up with the Judgment Roll, but they do not by
that means become a part of the Record.    What consti-
tutes the Judgment Roll is specifically prescribed by Sec.
203 of the Practice Act, and whatever else the Appel-
lant desires to bring into the Record on Appeal from a
judgment, must be made a part of the Record by a state-
ment as provided in Secs. 195 and 330 of the Practice
Act.    As this has not been done in the present case, we
can consider nothing but the Judgment Roll, and in that
we find no error.

The complaint states a cause of action ; both Defend-
ants were duly served with process.    An answer was
filed by one of the Defendants.    The trial was regularly
had before the Judge of the Court, the Record showing
that both the Defendants were present by Counsel, and
specifically waived a trial by jury.

The judgment follows the complaint, and is within the scope of its averments.

Whether the Court erred in entering a default against the Defendant Smith, or in refusing to set the same aside, or in its findings of facts, or in refusing a new trial, are questions not presented by the Judgment Roll, and which we cannot consider.

The judgment is affirmed.

EMERSON and. BOREMAN, J. J., concurred.